FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2007

JAMES W. McCORMACK, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SYLVESTER ALLEN PLAINTIFF

VS. NO.4:06CV01703-~~GH~~ WRW

VASUDEVAN RANGANATHAN DEFENDANT

**ORDER OF DISMISSAL**

Upon joint Motion of counsel for Plaintiff and Defendant and in appearing to the Court that the above-referenced matter is settled, same is hereby dismissed with prejudice.

UNITED STATES DISTRICT JUDGE

9/28/07
DATE

APPROVED AS TO FORM:

DON CHANEY
Attorney for Plaintiff

JAMES W. TILLEY
Attorney for Defendant